THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 James McCrorey, Appellant.
 
 
 
 
 

Appeal From Richland County
J.C. Nicholson, Jr., Circuit Court Judge

Unpublished Opinion No. 2009-UP-572
 Submitted November 2, 2009  Filed
December 3, 2009    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Solicitor Warren Blair Giese, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  James McCrorey appeals from his guilty plea to financial transaction
 card theft, arguing the plea court erred in failing to him he was waiving the
 right to confront his accusers.  After a thorough review of the record and counsel's brief pursuant
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's
 motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.